UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

PETER SAMUEL ROSEN,   Case No.: 20-15249-SMG
　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　Debtor-in-Possession.
_____/

## FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

　　　Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

　　　1.　The Plan of Reorganization in this case was confirmed on December 3, 2021 (DE 198). The Plan provided for a dividend of approximately 1.7% to unsecured creditors.

　　　2.　The Debtors are individuals, all payments under the plan have been completed, and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

　　　3.　There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case and the Debtor has filed the Local Form "Notice of Deadline to Object to Debtor's Statement Re: 11 U.S.C. §522(q)(1) Applicability, Payment of Domestic Support Obligations, and Applicability of Financial Management Course and Statement Regarding Eligibility to Receive a Discharge" (See DE 307 filed on May 11, 2021).

　　　4.　All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

$ __n/a__ Trustee Compensation (If trustee received compensation under more than one chapter)

$_____     $_____     $_____     $_____
　　Ch. 7　　　　　　　Ch. 9 or 11　　　　　　Ch. 12　　　　　　　　Ch. 13

$ n/a　　　　Fee for Attorney for Trustee
$ 90,000.00　Fee for Attorney for Debtor
$ 650.00　　 U.S. Trustee (fees required by 28 U.S.C. §1930) (4th Quarter Payment)
$ n/a　　　　Clerk of Court (fees required by 28 U.S.C. §1930)
$ n/a　　　　Other Professionals
$ n/a　　　　ALL expenses, including Trustee's

5.   Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

Dated this 21st day of December 2021.

By: 
**PAUL SAMUEL ROSEN**

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad T. Van Horn, Esq.**
Chad T. Van Horn, Esq.
Florida Bar No. 64500

## EXHIBIT A

CASE NAME: <u>PAUL SAMUEL ROSEN</u>

CASE NO.: <u>20-15249-SMG</u>

The following payments have been made pursuant to the plan of reorganization:

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN, OR IF INDIVIDUAL CHAPTER 11, ALL PAYMENTS MADE UNDER THE PLAN. SEPARATE CLAIMANTS BY CLASSIFICATION UNDER THE PLAN AND PROVIDE A TOTAL FOR EACH CLASSIFICATION.  LIST THE NAME OF EACH RECIPIENT, AMOUNT OF THE ALLOWED CLAIM AND THE AMOUNT THAT WAS PAID (USE CONTINUATION PAGE IF NECESSARY).

| POC | Creditor Name | Creditor Mailing Address | Payment Frequency | Payment Duration | Total Plan Payment | Claim Type | Amount Claimed |
|---|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | PO Box 7346 Philadelphia, PA 19101-7346 | Lump sum | Once | $559.28 | Unsecured | $35,251.83 |
| 2 | American Express National Bank | PO Box 3001 Malvern PA 19355-0701 | Lump sum | Once | $22.82 | Unsecured | $1,342.55 |
| 5 | First American Title Insurance Company | 333 Earle Ovington Blvd. Uniondale NY 11553-3619 | Lump sum | Once | $4,936.79 | Unsecured | $290,399.21 |
| 6 | BB&T now Truist | P.O. Box 1847 Wilson, NC 27894-1847 | Lump sum | Once | $3,848.41 | Unsecured | $226,377.31 |
| 7 | BB&T now Truist | P.O. Box 1847 Wilson, NC 27894-1847 | Lump sum | Once | $7,169.06 | Unsecured | $421,709.50 |
| 9 | Dyck-O'neal, Inc. servicer for Republic Credit One | PO Box 601549 Dallas, TX 75360-1549 | Lump sum | Once | $11,850.92 | Unsecured | $697,112.82 |
| 10 | Radiance Capital Receivables Twelve, LLC | 1102 Broadway, Ste. 203 Tacoma, WA 98402-3526 | Lump sum | Once | $530.74 | Unsecured | $31,220.16 |
| | | | | | **$28,918.02** | | **$1,703,313.38** |
| 8 | BBX Capital Management LLC | Held by Tripp Scott in trust | Lump sum | Once | **$250,000.00** | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent to the following parties this 21st day of December, 2021:

**VIA CM/ECF** to all registered parties-in-interest

**VIA U.S. MAIL** to the attached mailing matrix.

Dated: December 21st, 2021

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500